**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| EDDIE DAVID COX, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Case No. 94-0993-CV-W-GAF<br>Crim. No. 89-0196-01-CR-W-GAF |

## ORDER DENYING PETITION FOR WRIT OF ERROR CORUM NOBIS

Now pending before the Court is Petitioner's Petition for Writ of Error Corum Nobis. The Court having considered said petition, it is

ORDERED that Petitioner's Petition for Writ of Error Corum Nobis is denied for the reasons set forth in the Government's response.

s/ Gary A. Fenner<br>Gary A. Fenner, Judge<br>United States District Court

DATED: March 1, 2010